ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

Application GRANTED.
Defendant's conditions of bail are
temporarily modified to permit him to
travel to Neptune, New Jersey on July
27, 2024 for the purposes stated
herein.  All other conditions of bail
shall remain in effect.

The Clerk of Court is directed to
terminate ECF No. 26.

July 18, 2024

HONORABLE JENNIFER H. REARDEN
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: July 18, 2024

Re:    United States v. Jose Espinal (24-cr-209)
       **Motion to Modify Pretrial Conditions of Release**

Your Honor:

My office represents the defendant, Jose Espinal, in the above-mentioned matter. The

defendant respectfully seeks permission to travel to his high school reunion in Neptune, NJ, by

car, on 7/27/2024, returning the same day.

Pretrial services does not oppose this request and the government defers to pretrial

services.

DATED:    Brooklyn, New York
          July 18, 2024

ROSENBERG LAW FIRM

*/s/ Jonathan Rosenberg*
Jonathan Rosenberg, Esq.
137 Court Street, 2nd Fl.
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

*Counsel for Defendant*
*Jose Espinal*

TO:    All Parties via ECMF.

1